Isabella Braker and Mary Ann Washington, Plaintiffs in Error, v. Antonio Solary, Edward J. Solary and Amelia McDaniel, Defendants in Error.

### Division B.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

M. C. Jordan for plaintiffs in error.

No appearance for defendants in error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*